UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDIE LOUIS BENNETT, | No. C 07-2261 SI (pr) |
| Petitioner, | **ORDER EXTENDING DEADLINES** |
| v. | |
| BEN CURRY, warden, | |
| Respondent. | |

Petitioner has filed an <u>ex parte</u> request for a 30-day extension of time to file his opposition to respondent's motion to dismiss. Upon due consideration, the court GRANTS petitioner's request. (Docket # 10.) Petitioner must file and serve his opposition to the motion to dismiss no later than **February 15, 2008**. Respondent must file and serve his reply brief (if any) no later than **February 29, 2008**.

IT IS SO ORDERED.

DATED: January 8, 2008

_Susan Illston_
SUSAN ILLSTON
United States District Judge