1

2

3

4

5                    UNITED STATES DISTRICT COURT

6                    NORTHERN DISTRICT OF CALIFORNIA

7

8   FREDDIE LOUIS BENNETT,                    No. C 07-2261 SI (pr)

9              Petitioner,                    **JUDGMENT**

10         v.

11  BEN CURRY, warden,

12             Respondent.

13  _____/

14         This action is dismissed for failure to state a claim upon which relief may be granted.

15

16         IT IS SO ORDERED AND ADJUDGED.

17

18  DATED:  June 23, 2008

19                                            SUSAN ILLSTON
                                              United States District Judge

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California